PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Simon Molinsky          **Docket Number:** 05-00210-001
                                                                                                   **PACTS Number:** 40835

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
                                                                   UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/22/2007

**Original Offense:** Income Tax Evasion

**Original Sentence:** 15 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 05/21/08

**Assistant U.S. Attorney:** Deborah Gannett, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Martin David Tropper, Esq., 455 Park Avenue, 15th floor, New York, New York 10022 (212) 244-1717

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'COOPERATION WITH THE INTERNAL REVENUE SERVICE**<br><br>**You are to fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of the sentence date and to timely file all future returns that come due during the period of supervision. You are to properly report all correct taxable income and claim only allowable expenses on those returns. You are to provide all appropriate documentation in support of said returns. Upon request, you are to furnish the Internal Revenue Service with information pertaining to all assets and liabilities, and you are to fully cooperate by paying all taxes, interest and penalties due, and otherwise comply with the tax laws of the United States'**<br><br>The offender failed to cooperate with the Internal Revenue Service by failing to pay the taxes owed, make payment arrangements, or disclose his income taxes. |

PROB 12C - Page 2
Simon Molinsky

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 5/16/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: **MONDAY MAY 23, 2011 @ 10:30 AM**
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/17/11
Date

**Dennis M. Cavanaugh**
**U.S. District Judge**