PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Simon Molinsky                                      Cr: 05-00210-001
                                                                     PACTS Number: 40835

Name of Sentencing Judicial Officer: HONORABLE DENNIS M. CAVANAUGH
                                    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/22/07

Original Offense: Income Tax Evasion

Original Sentence: 15 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/21/08

## PETITIONING THE COURT

[X] We respectfully request to withdraw the violation of probation and dismiss the summons.

Respectfully submitted,

By: Andrea Shumsky
     U.S. Probation Officer
Date: 06/16/11

PROB 12B - Page 2
Simon Molinsky

THE COURT ORDERS:

[ X ] The dismissal of the pending violation of supervised release and the warrant
[   ] The Modification of Conditions as Noted Above
[   ] The Extension of Supervision as Noted Above
[   ] No Action
[   ] Other

_____
Signature of Judicial Officer

6/20/11
Date

Dennis M. Cavanaugh
U.S. District Judge